



LEP: USAO#2018R00453

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. ELH-18-0408** |
| v. | * | (Conspiracy to Commit Hobbs Act |
| | * | Robbery, 18 U.S.C. §1951(a); Hobbs Act |
| **LEVON VERIAN BUTTS** | * | Robbery, 18 U.S.C. § 1951(a); Aiding |
| a/k/a "Pig," and | * | and Abetting, 18 U.S.C. § 2) |
| **CHARVEZ BROOKS** | * | |
| a/k/a "Vito," | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury for the District of Maryland charges that:

1. At all times material to this Indictment, the Exxon gas station located at 10540 Reisterstown Road, Baltimore, Maryland, was engaged in interstate and foreign commerce.

### The Charge

2. On or about January 16, 2018, in the District of Maryland, the defendants,

**LEVON VERIAN BUTTS**
a/k/a "Pig," and
**CHARVEZ BROOKS**
a/k/a "Vito,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants agreed to take and obtain money and property from the person and in

1

the presence of an employee at the Exxon gas station, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the individual's person by threatening serious physical injury and death.

18 U.S.C. § 1951(a)

## COUNT TWO
### (Hobbs Act Robbery)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about January 16, 2018, in the District of Maryland, the defendants,

**LEVON VERIAN BUTTS**
a/k/a "Pig," and
**CHARVEZ BROOKS**
a/k/a "Vito,"

and others known and unknown to this Grand Jury, did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully did take and obtain property, specifically cash, from the person and in the presence of an employee of the Exxon gas station, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the individual's person by threatening serious physical injury and death.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

Robert K. Hur /LP
Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: August 14, 2019