UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Criminal No. ELH-18-0408 |
| CHARVEZ BROOKS | * | |

\* \* \* \* \* \* \*

## DEFENDANT'S REQUEST FOR DETENTION HEARING

Now comes the defendant, Charvez Brooks, by and through Joseph Murtha, Esquire, and Murtha Psoras & Lanasa, LLC, and pursuant to 18 U.S.C. §3142 respectfully requests that this Honorable Court grant a detention hearing in the above-captioned matter, and in support thereof states the following:.

1. On September 12, 2019, the defendant consented to an order of detention by agreement.

2. The defendant's agreement to be detained was without prejudice to subsequently request a hearing to set appropriate conditions of releases.

3. The defendant avers that there are conditions which can be imposed upon the defendant which will reasonably assure the appearance of the defendant and will assure that the defendant will not endanger the safety of any other person or the community.

Respectfully submitted,

          /s/
Joseph Murtha
Federal Bar No. 23725
Murtha Psoras & Lanasa, LLC
1301 York Road, Suite 200
Lutherville, Md. 21093
(410) 583-6969
jmurtha@mpllawyers.com

Attorney for the defendant
Charvez Brooks

## REQUEST FOR A HEARING

Pursuant to 18 U.S.C. §3142 the defendant requests that he be provided a hearing on his request for review of the order of detention.

          /s/
Joseph Murtha

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2020, a copy of the foregoing Defendant's Request for Detention Hearing was sent by electronic transmission to Anatoly Smolkin, (Anatoly.Smolkin@usdoj.gov) Assistant United States Attorney, Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201.

          /s/
Joseph Murtha