# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
CHIEF JUDGE

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

August 12, 2020

TO ALL COUNSEL OF RECORD

Re:  *United States of America v. Charvez Brooks*
     Crim. No. JKB-18-0408

Dear Counsel:

In anticipation of the Pretrial Conference scheduled for Friday, August 14, 2020, here is the Jury Voir Dire that I plan to use in the upcoming trial. Also, attached is the answer sheet that prospective jurors will be asked to complete as part of the voir dire process.

The Clerk is ORDERED to docket this letter and the attached JURY VOIR DIRE and PROSPECTIVE JUROR ANSWER SHEET.

Very truly yours,

James K. Bredar
Chief Judge

JKB/vc