IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-18-0408 |
| CHARVEZ BROOKS, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PROSPECTIVE JUROR ANSWER SHEET

The judge will ask you questions to assist him in selecting the members of the jury. The judge will pose the questions while appearing on the television monitor. After the judge asks each question, mark your answer on this answer sheet. After the judge has asked all of the questions, and you have made all of your answers, each prospective juror will meet with the judge, the lawyers, and the parties in the courtroom. At that time, the judge will be given your answer sheet and will discuss with you those questions to which you have answered "yes." Accordingly, space has been provided after each question on this sheet to allow you to make a note or two if that will assist you in explaining your "yes" answer. Please note: the judge and the lawyers will have access to your answer sheet and the information you supply there.

**Juror Number:** _____

1. My name is James K. Bredar. I am the judge who will preside during the trial of this case. Do you know me or any member of my family?

   _____          _____
     Yes                No

2. This case is styled, or titled: "The United States of America v. Charvez Brooks, Case No. JKB-18-0408." Have you ever read or heard of this case?

_____         _____
         Yes                         No

3. The defendant in this case is Charvez Brooks. Do you know, or have you had any dealings with the defendant, Charvez Brooks, or to your knowledge, any member of his family or his friends or associates?

_____         _____
         Yes                         No

4. Mr. Brooks is represented by Mr. Joseph Murtha, who practices law in the firm of Murtha, Psoras, and Lanasa LLC. Do you know or have you had any dealings with either Mr. Joseph Murtha or his law firm?

_____         _____
         Yes                         No

5. The United States Government is represented by Assistant United States Attorneys Lauren Perry and Anatoly Smolkin. Do you know or have you had any dealings with Ms. Lauren Perry or Mr. Anatoly Smolkin?

_____         _____
         Yes                         No

6. The United States Government was assisted in the investigation in this case by Special Agent Rebecca Tomlinson of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Do you know or have you had any dealings with Ms. Rebecca Tomlinson?

_____         _____
         Yes                         No

2

7. Are you, any member of your family, or any of your close friends related to any judge, law clerk, or court personnel of this federal Court, the U.S. District Court for the District of Maryland?

        _____        _____
         Yes            No

8. The following people may be witnesses in this case or may be mentioned by witnesses. Do you know any of these persons?
   [insert names from witness lists]

        _____        _____
         Yes            No

9. Do you know any of the other potential jurors in this case?

        _____        _____
         Yes            No

10. Some of you may have previously served as jurors in the trials of criminal or civil cases, in either state or federal court. If you are selected to serve in this case, it will be your obligation to put aside and not be influenced by anything that happened when you served as a juror in an earlier case. If you have previously served as a juror, is there anything about that prior experience that would make it difficult for you, or that would influence you in your deliberations, if you served as a juror in this case?

        _____        _____
         Yes            No

11. Similarly, some of you may have previously served on a grand jury in either state or federal court. If you are selected to serve in this case, it will be your obligation to put aside and not be influenced by anything that happened when you served on a grand jury. If you have previously served on a grand jury, is there anything about that prior experience that would

make it difficult for you, or that would influence you in your deliberations, if you served as a juror in this case?

_____          _____
     Yes                  No

12. A few minutes ago, I provided a very brief description of this case. Is there anything in that brief description that made you realize it would be difficult for you to keep an open mind and to serve as a fair and impartial juror in the trial of this case?

_____          _____
     Yes                  No

13. Do you know Robert K. Hur, the United States Attorney for the District of Maryland, any of the Assistant United States Attorneys for this district, or any other employees of the United States Attorney's Office?

_____          _____
     Yes                  No

14. Have you or has any member of your immediate family or any of your closest associates ever been employed by the United States Department of Justice, the Office of the State's Attorney, the Maryland State Attorney General's Office, or any state, local, or federal law enforcement agency?

_____          _____
     Yes                  No

15. Have you, any member of your immediate family, or any of your closest associates ever worked for a private agency or company with police, security, or investigative functions, such as a private investigative firm or a company that provides security services?

_____          _____
     Yes                  No

4

16. Have you, any member of your immediate family, or any of your closest associates ever been employed by a state or federal court, the Federal Public Defender, a state public defender, a private criminal defense attorney, or a court-related agency such as a Sheriff's Office, Clerk's Office, Probation and Parole Office, United States Marshal's Office, Pretrial Services, bail agency, or similar department or organization?

_____          _____
     Yes                        No

17. Have you or has any member of your immediate family or your closest associates ever been involved in a legal dispute with the government, with a law enforcement agency, or with any specific law enforcement officer or agent?

_____          _____
     Yes                        No

18. Have you or has any member of your immediate family or your closest associates ever been the victim of a crime?

_____          _____
     Yes                        No

19. Have you or has any member of your immediate family or your closest associates ever been a witness to a crime?

_____          _____
     Yes                        No

20. Have you, or has any member of your immediate family or your closest associates ever been accused of criminal conduct, been the subject of a criminal investigation, or been convicted of committing a crime?

_____          _____
     Yes                        No

21. Have you, any member of your immediate family, or your closest associates ever been a witness for the prosecution or for the defense in the investigation or the trial of a criminal case?

 _____     _____
    Yes              No

22. Do you hold any beliefs related to race, color, religion, national origin, or other personal attributes that would make it difficult for you to render a fair and impartial verdict based solely on the evidence and the law?

 _____     _____
    Yes              No

23. Have you or has any member of your immediate family or your closest associates ever attended law school, studied the law or criminal justice, or had legal training?

 _____     _____
    Yes              No

24. Do you hold any philosophical, religious, or moral views that would prevent you from judging the conduct of another person?

 _____     _____
    Yes              No

25. Do you have any views concerning the administration of the criminal justice system, including the courts, that would affect your ability to render a fair and impartial verdict if you were selected to serve as a juror in this case?

 _____     _____
    Yes              No

6

26. Do you, any members of your family, or any of your close friends belong to any group that advocates a change in our criminal justice system or our criminal sentencing guidelines, including any group which advocates a position on the question of whether prison sentences for violent offenses should be lengthened or shortened?

    _____           _____
        Yes                      No

27. Would you tend to give greater or lesser weight to the testimony of a law enforcement officer or agent simply because that person was a law enforcement officer or agent?

    _____           _____
        Yes                      No

28. Would you tend to give greater or lesser weight to the testimony of a defense witness simply because that person was a defense witness?

    _____           _____
        Yes                      No

29. The defendant may choose to testify or may exercise his constitutional right not to testify. If he elects not to testify, that cannot be held against him or even considered by you in your deliberations. Would the defendant's decision to testify or not to testify affect your ability to be fair and impartial in serving as a juror in this case?

    _____           _____
        Yes                      No

30. Do you believe that just because a defendant has been indicted, he or she must be guilty of something?

    _____           _____
        Yes                      No

31. A defendant is presumed innocent unless and until a jury unanimously finds him guilty beyond a reasonable doubt. Are you unable to accept that principle?

   _____          _____
         Yes                          No

32. At the end of the trial, I will instruct the jury on the law that they must follow as they decide this case. Jurors must follow the court's instructions on the law, even if they personally do not agree with the law as the court describes it. If a juror has an opinion about what the law should be, but that opinion is different from the judge's instructions on what the law is, the juror is required to follow the judge's instructions. If selected to serve as a juror, would you be <u>unable</u> to follow my instructions on the law?

   _____          _____
         Yes                          No

33. Do you have any hearing or sight impairment?

   _____          _____
         Yes                          No

34. Do you have any difficulty reading, writing, or understanding the English language, such that it would impair your ability to understand what you hear in court or such that it would impair your ability to read any documents submitted as evidence?

   _____          _____
         Yes                          No

35. I anticipate that this trial will last approximately one week. Do you have any medical, physical, or other condition or reason that would make it difficult for you to give your full attention and fair, impartial, and complete consideration if you were selected to serve as a juror in this case?

   _____          _____
         Yes                          No

8

36. If you are selected as a juror in this case, you will be required to decide this case solely based on the sworn testimony you hear from witnesses in this courtroom and any exhibits that are presented to you as evidence. You will be forbidden from looking for or considering information that is potentially available from other sources. During the trial, you may not communicate with others about the trial or discuss it with family, friends, or anyone else. This includes online discussions, chat rooms, or postings on "blogs" or on Internet sites such as Facebook, Twitter, YouTube, Snapchat, Instagram, or similar means of communication. You may not do any personal research of your own about the case, the attorneys, the parties, or the issues in the case. This includes Internet research of any type, whether on a cell phone, smartphone, tablet, laptop, or other device. For instance, during the trial, you may not Google™ any of the persons, facts, or subjects that you hear about in the case. As well, you may not consult any printed material including books, dictionaries, encyclopedias, newspapers, or magazines. Are you <u>unable</u> to abide by these restrictions if you are selected as a juror in this case?

_____     _____
   Yes            No

37. Do you have an underlying medical condition that puts you at a higher risk of developing serious health complications from COVID-19?

_____     _____
   Yes            No

38. Do you live with or provide direct care for a person of any age with an underlying medical condition that puts them at a higher risk of developing serious health complications from COVID-19?

_____     _____
   Yes            No

39. Do you have concerns related to COVID-19 that are so significant that they would prevent you from being able to give your full attention during this trial?

_____     _____
   Yes            No

40. Is there <u>anything</u> <u>else</u>—something that I have already asked you about or something that I have not asked you about—that upon reflection you believe would interfere with your ability to serve as a fair and impartial juror in this case?

          _____          _____

           Yes                      No