

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Lauren E. Perry*  *Suite 400*  DIRECT: 410-209-4839
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Lauren.Perry@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

August 19, 2020

The Honorable James K. Bredar
Chief United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. Charvez Brooks*, JKB-18-0408

Dear Chief Judge Bredar:

    We write as a follow up to the correspondence sent to Chambers at 5:50pm today. We wrote to inform the Court of an emerging health situation regarding a subpoenaed witness. At the time of writing, we intended to call the witness to testify in our case-in-chief and believed it prudent to alert the Court as soon as possible. However, after careful consideration of the potential options, the government has determined that we will no longer seek to call this witness at trial.

    The government is available at 11:00am for the scheduled conference call, assuming the Court still wishes to proceed in that manner, and will circulate a call in number prior to 11:00am. Furthermore, the government will docket the original letter and this correspondence before that call. We apologize for any inconvenience caused.

    Very truly yours,

    Robert K. Hur
    United States Attorney

By:   /s/
    Lauren E. Perry
    Anatoly Smolkin
    Assistant United States Attorneys

CC: Joseph Murtha, Esq.